UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-8505-WM

UNITED STATES OF AMERICA,

    Plaintiff,
v.

DAVID J. MORRIS,

    Defendant.
_____/

FILED BY SW D.C.

Oct 6, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER REGARDING DAVID J. MORRIS' REVISED WRIT OF BODILY ATTACHMENT

In the civil case styled *UBS Financial Services Inc. & UBS Credit Corp. v. David J. Morris*, Case No. 1:22-cv-00982-ROWLAND/JANZ, pending in the Eastern Division of the United States District Court for the Northern District of Illinois, the Honorable Mary M. Rowland, United States District Judge, issued a Revised Writ of Bodily Attachment for David J. Morris, who is the Respondent in that civil case. On Thursday morning, October 5, 2023, the United States Marshals Service picked up Mr. Morris in this district on the Revised Writ of Bodily Attachment at his residence located at 200 Waterway Road, Apt. 208, Tequesta, Florida, 33469 and brought him before the Undersigned United States Magistrate Judge for morning Duty Court in the West Palm Beach Division of the Southern District of Florida.

    The Court held an initial hearing with Mr. Morris on the 10:00 a.m. Duty Court calendar, and then continued the hearing to late that afternoon. During the afternoon hearing, Jason M. Wandner, Esq., appeared before the Undersigned as counsel for Mr. Morris. Mr. Wandner was very professional and cooperative. After hearing from counsel, from Mr. Morris, and after reviewing the docket in the civil case from the Chicago federal case, the Court ordered that Mr.

Morris be released with an order to return before the Undersigned with his counsel at 11:00 a.m. on October 6, 2023.

Mr. Morris and his counsel timely appeared as ordered on October 6, 2023 at 11:00 a.m. and the Court conducted a further hearing. At the 11:00 a.m. hearing, the Court permitted counsel for Petitioner UBS Financial Services Inc. and UBS Credit Corp. ("UBS"), Michael Roche, Esq., to appear via Zoom video-teleconference. Subsequently, after hearing from both Mr. Wandner and Mr. Roche, the Court ordered Mr. Morris released on a $30,000.00 cash bond, payable to the Clerk of the Court, with an order that he appear before the Duty United States Magistrate Judge in the Eastern Division of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604, on **October 12, 2023**, in Courtroom 1743 at **2:00 p.m.**

The Court notes that Mr. Morris stated under oath that he would appear on that date and time and that he had already obtained a plane ticket and hotel reservation to enable him to attend the hearing. Additionally, Mr. Morris advised the Court that his current residential address—where he intends to continue to reside—is 200 Waterway Road, Apt. 208, Tequesta, Florida, 33469. The Court also had counsel for Petitioner UBS, Mr. Roche, and counsel for Respondent, Mr. Wandner, exchange their phone numbers and email addresses on the record so that there would be a clear line of communication between the parties. Further, the Court advised Mr. Morris that, should he fail to appear as ordered in Chicago, an arrest warrant or other process may be issued against him by the District Court in Chicago and/or this Court.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 6th day of October, 2023.

WILLIAM MATTHEWMAN
United States Magistrate Judge